UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAYFORD ATTA KYEREMEN, | Case No. 2:20-cv-01726-RFB-DJA |
| Petitioner, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Petitioner, who is in custody at the Henderson Detention Center, has filed a document titled "Petition of Custody Review of 180 Days & Release of I.C.E. Custody." The Court construes this as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner has neither paid the filing fee nor filed an application to proceed in forma pauperis. He will need to do one of these things before this action can proceed.

///

///

///

///

///

///

///

1

1        IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed
2   in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate
3   account.  The clerk of the court shall send petitioner a blank application form for incarcerated
4   litigants.  In the alternative, petitioner shall make the necessary arrangements to pay the filing fee
5   of $5.00, accompanied by a copy of this order.  Petitioner will have 45 days from the date that this
6   order is entered to comply.  Failure to comply will result in the dismissal of this action.

7        DATED: November 9, 2020

   _____
   RICHARD F. BOULWARE, II
   United States District Judge